# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIKA L GUNN,<br><br>Defendant. | Case No. 1:25-po-00223-SAB-1<br><br>ORDER REGARDING REFUND<br><br>(ECF Nos. 3, 4) |

On November 5, 2025, Plaintiff United States of America commenced this petty offense proceeding regarding a citation that was issued to Defendant Marika L Gunn for violation of federal regulations. (ECF No. 1 (Violation No. E1762639).) Defendant was directed to pay $45.00. (Id.) On November 20, 2025, the United States moved to dismiss the violation in the interest of justice, which the Court granted. (ECF No. 3.) However, on March 21, 2026, Defendant made a payment in full. (ECF No. 4.)

In light of the dismissal, IT IS HEREBY ORDERED that Defendant Marika L Gunn be refunded in the amount of $45.00.

IT IS SO ORDERED.

Dated: __**March 23, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge

1